JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIANCA MAGANA, | CV 20-11583 PA (PLAx) |
| Plaintiff, | JUDGMENT |
| v. | |
| LABORATORY CORPORATION OF AMERICA, et al., | |
| Defendant. | |

Pursuant to the Court's August 16, 2021 Order granting summary judgment in favor of defendant Laboratory Corporation of America ("Defendant") and against plaintiff Bianca Magana ("Plaintiff"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant shall have judgment in its favor against Plaintiff.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and that Defendant shall have its costs of suit.

DATED: August 16, 2021

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE